# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
V.

ARMANDO PASCUAL MARTIN
A/K/A CHRISTOPHER CORDOVA

**WARRANT FOR ARREST**

Case Number: 14-4051 JSB

**14-4051 JSB**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ARMANDO PASCUAL MARTIN A/K/A CHRISTOPHER CORDOVA
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

(1) Making false material statements in a matter within the jurisdiction of the executive branch of the United States;
(2) Falsely claiming an using a social security number

in violation of Title  18 and 42   United States Code, Section(s)  1001 and 408

| John Bryant | *signature* John Bryant |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 6/12/2014        Nashville, Tennessee |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |