IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:14-00105 |
| vs. | ) | CHIEF JUDGE KEVIN H. SHARP |
| | ) | |
| ARMANDO PASCUAL-MARTIN | ) | |

### SENTENCING MEMORANDUM

Comes now Armando Pascual-Martin, by and through counsel of record, Paul Bruno, and hereby requests the Court to sentence him to time served as recommended by the parties. The U.S.S.G. advisory sentencing range in this case is 0 to 6 months. Mr. Pascual-Martin has no criminal history points and has been in custody since June 12, 2014.

In addition, Mr. Pascual-Martin requests the Court to not sentence him to a period of supervised release pursuant to U.S.S.G. §5D1.1(c). If, however, the Court determines that a period of supervised released is needed in this case, Mr. Pascual-Martin requests the Court to sentence him to one year of supervised release.

Finally, Mr. Pascual-Martin requests the Court to waive any fine and costs in this matter as Mr. Pascual-Martin is not able to pay a fine and costs at this time.

Respectfully submitted,

s/ *Paul Bruno*
Paul Bruno, B.P.R. #17275
Attorney for Armando Pascual-Martin
The Bruno Firm
5115 Maryland Way, First Floor
Brentwood, Tennessee 37027
(615) 251-9500
paulbruno@thebrunofirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Sentencing Memorandum* has been electronically delivered to Hilliard Hester, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870, on this the 6th day of October, 2014.

s/ *Paul Bruno*
Paul Bruno